UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CASTILLO JR., individually and on behalf of a nationwide class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK, and PAYPAL, INC.,<br><br>　　　　　Defendant. | Case No. 3:19-cv-04740-WHO<br><br>**[PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT AGAINST PAYPAL, INC. AND SETTING RESPONSE DATE FOR OCTOBER 22, 2019**<br><br>Hon. William H. Orrick<br><br>Date Action Filed: August 13, 2019 |

1    Having reviewed the stipulation of Plaintiff and Defendant PayPal, Inc. ("PayPal"), to vacate the entry of default judgment [Docket 19] and set a new date for PayPal's response to the Complaint, and finding good cause, this Court orders that pursuant to the parties' stipulation:

 1. The Default Judgment [Dkt. No. 19] entered in this matter against PayPal is vacated.

 2. PayPal's responsive pleading is to be filed on or before October 22, 2019.

Dated:  October 3, 2019

By: _____
Hon. William H. Orrick, United States District Court Judge for the Northern District of California