Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Synchrony Bank and PayPal, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CASTILLO, JR, individually and on behalf of a nationwide class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK; and PAYPAL, INC.,<br><br>Defendants. | No.: 3:19-cv-04740-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Amended Compl. Filed: August 28, 2019<br><br>Current Response Date: September 25, 2019<br><br>New Response Date: December 2, 2019<br><br>Hon. Mag. Judge Joseph C. Spero |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

WHEREAS, Defendant Synchrony Bank (identified herein as Synchrony Financial d/b/a Synchrony Bank ("Synchrony") accepted service of the Complaint on October 2, 2019;

WHEREAS, the Court directed Defendant PayPal, Inc., ("PayPal" and collectively "Defendants") to answer or otherwise respond to the Amended Complaint by October 22, 2019 [ECF No. 22];

WHEREAS, Plaintiff does not object to Defendants' request for an extension of time within which to answer or otherwise respond to the Amended Complaint;

WHEREAS, pursuant to Local Rule 6-1(a), parties may stipulate in writing, without court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order,

WHEREAS, the parties have agreed to extend the deadline for Defendants to answer or otherwise respond to the Complaint up to and including December 2, 2019;

WHEREAS, the parties further jointly request that Court adjourn the Initial Case Management Conference set for November 19, 2019 for thirty (30) days, or to a date convenient to the Court;

WHEREAS, this extension will not alter the date of any other event or any other deadline already fixed by Court order, not specified herein;

THEREFORE, the parties stipulate and agree that Defendants' response to the Complaint shall be due no later than December 2, 2019. The parties further request that the Court adjourn the Initial Case Management Conference to December 19, 2019 or to a date convenient to the Court.

SO STIPULATED.

DATED:  October 16, 2019                REED SMITH LLP

By   */s/ Raffi Kassabian*
Raffi Kassabian
Attorneys for Defendants
Synchrony Bank and
PayPal, Inc.

DATED:  October 16, 2019

SULAIMAN LAW GROUP, LTD.

By   */s/ James C. Vlahakis*
James C. Vlahakis

Attorneys for Plaintiff Gilbert Castillo, Jr.

STIPULATION TO RESPOND TO AMENDED COMPLAINT