Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     +1 213 457 8000
Facsimile:      +1 213 457 8080

Attorneys for Defendants
Synchrony Bank and PayPal, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERT CASTILLO, JR, individually and on behalf of a nationwide class of similarly situated individuals,<br><br>        Plaintiff,<br><br>    v.<br><br>SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK; and PAYPAL, INC.,<br><br>        Defendants. | No.: 3:19-cv-04740-JCS<br><br>**DEFENDANT PAYPAL, INC., ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hon. Mag. Judge Joseph C. Spero |

Defendant PayPal, Inc., ("Defendant" or "PayPal") hereby answers the First Amended Complaint (the "Complaint") of Plaintiff Gilbert Castillo, Jr., brought on behalf of himself and all others similarly situated (Castillo and the putative class are collectively referred to herein as "Plaintiff") [ECF Dkt. #8] as follows:

**NATURE OF THE ACTION**

1.      Answering Paragraph 1 of the Complaint, PayPal admits only that Plaintiff purports to bring this putative class action under the Telephone Consumer Protection Act ("TCPA") 47 U.S.C. §227, et seq., but denies that it violated the TCPA, denies that PayPal ever placed any telephone calls to Plaintiff, and denies that Plaintiff is entitled to recover any damages from PayPal whatsoever. In further response, PayPal states that Plaintiff's Complaint relates to a PayPal MasterCard that is a branded card operated and serviced by Synchrony Bank. PayPal did not place

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

calls in regards to that third-party company's credit card and further has not placed calls to Plaintiff on his own PayPal account. PayPal denies any remaining allegations not specifically admitted herein.

2.     The allegations in Paragraph 2 refer to the TCPA, which is a writing that speaks for itself.  PayPal denies any characterizations or allegations inconsistent with that writing, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the writings referenced in Paragraph 2, the allegations are denied.

3.     Answering Paragraph 3 of the Complaint, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 and on that basis denies those allegations.

4.     The allegations of Paragraph 4 are directed against another entity, to which no response is required. To the extent that a response is required, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4 and on that basis denies those allegations.

5.     The allegations of Paragraph 5 are directed against another entity, to which no response is required. To the extent that a response is required, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 and on that basis denies those allegations.

6.     The allegations of Paragraph 6 are directed against another entity, to which no response is required. To the extent that a response is required, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 and on that basis denies those allegations.

7.     The allegations of Paragraph 7 are directed against another entity, to which no response is required. To the extent that a response is required, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7 and on that basis denies those allegations.

8.     The allegations of Paragraph 8 are directed against another entity, to which no

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

response is required. To the extent that a response is required, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 and on that basis denies those allegations.

9. Answering Paragraph 9 of the Complaint, the allegations are denied.

10. Answering Paragraph 10 of the Complaint, admit.

11. Answering Paragraph 11 of the Complaint, admit.

12. The allegations in Paragraph 12 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations are denied.

13. The allegations in Paragraph 13 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations are denied.

14. Answering Paragraph 14 of the Complaint PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

**<u>As to Background Facts</u>**

15. To the extent that the allegations in Paragraph 15 are directed against PayPal, admit.

16. To the extent that the allegations in Paragraph 16 are directed against PayPal, admit.

17. To the extent that the allegations in Paragraph 17 are directed against PayPal, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

18. The allegations in Paragraph 18 set forth legal conclusions to which no response is required. To the extent a response is required, the allegations refer to writings that speaks for themselves. PayPal denies any characterizations or allegations inconsistent with those writings, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the writings referenced in Paragraph 18, the allegations are denied.

19. The allegations in Paragraph 19 set forth legal conclusions to which no response is required. To the extent a response is required, the allegations refer to writings that speaks for themselves. PayPal denies any characterizations or allegations inconsistent with those writings, and

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the writings referenced in Paragraph 19, the allegations are denied.

20. Answering Paragraph 20 of the Complaint, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 and on that basis denies those allegations.

21. The allegations in Paragraph 21 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations are denied.

22. The allegations in Paragraph 22 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations are denied.

23. The allegations in Paragraph 23 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations are denied.

24. The allegations in Paragraph 24 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations are denied.

25. The allegations in Paragraph 25 set forth legal conclusions to which no response is required. To the extent a response is required, the allegations refer to writings that speaks for themselves. PayPal denies any characterizations or allegations inconsistent with those writings, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the writings referenced in Paragraph 25, the allegations are denied.

26. The allegations in Paragraph 26 set forth legal conclusions to which no response is required. To the extent a response is required, the allegations refer to writings that speaks for themselves. PayPal denies any characterizations or allegations inconsistent with those writings, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the writings referenced in Paragraph 26, the allegations are denied.

27. The allegations in Paragraph 27 set forth legal conclusions to which no response is required. To the extent a response is required, PayPal denies that it is a "debt collector" as defined by Cal. Civ. Code § 1788.2(c). PayPal denies any remaining allegations not specifically admitted herein.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

28.     Answering Paragraph 28 of the Complaint, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 28 and on that basis denies those allegations.

29.     Answering Paragraph 29 of the Complaint, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 29 and on that basis denies those allegations.

**As to Defendant Synchrony's Relationship with PayPal**

30.     To the extent that the allegations in Paragraph 30 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

31.     To the extent that the allegations in Paragraph 31 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

32.     To the extent that the allegations in Paragraph 32 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

33.     To the extent that the allegations in Paragraph 33 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

34.     To the extent that the allegations in Paragraph 34 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

35.    To the extent that the allegations in Paragraph 35 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

36.    Answering Paragraph 36 of the Complaint, the allegations are denied.

37.    Answering Paragraph 37 of the Complaint, the allegations are denied.

38.    Answering Paragraph 38 of the Complaint, the allegations are denied.

39.    Answering Paragraph 39 of the Complaint, the allegations are denied.

**As to Plaintiff's Summary of TCPA Violations**

40.    To the extent that the allegations in Paragraph 40 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

41.    To the extent that the allegations in Paragraph 41 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

42.    The allegations in Paragraph 42 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied.

43.    The allegations in Paragraph 43 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied.

44.    The allegations in Paragraph 44 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied.

45.    The allegations in Paragraph 45 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied.

**As to description of Telephone Calls and Pre-recorded Messages**

46.    To the extent that the allegations in Paragraph 46 are directed against PayPal, the

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

47.    To the extent that the allegations in Paragraph 47 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

48.    To the extent that the allegations in Paragraph 48 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

49.    To the extent that the allegations in Paragraph 49 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

50.    To the extent that the allegations in Paragraph 50 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

51.    The allegations in Paragraph 51 are denied.

52.    Answering Paragraph 52 of the Complaint, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 52 and on that basis denies those allegations.

53.    Answering Paragraph 53 of the Complaint, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 53 and on that basis denies those allegations.

54.    Answering Paragraph 54 of the Complaint, PayPal is without sufficient knowledge or

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

information to form a belief as to the truth of the allegations contained in Paragraph 54 and on that basis denies those allegations.

55.     Answering Paragraph 55 of the Complaint, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 55 and on that basis denies those allegations.

56.     To the extent that the allegations in Paragraph 56 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

57.     The allegations of Paragraph 57 are directed against another entity, to which no response is required. To the extent that a response is required, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 57 and on that basis denies those allegations.

58.     The allegations of Paragraph 58 are directed against another entity, to which no response is required. To the extent that a response is required, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 58 and on that basis denies those allegations.

59.     The allegations of Paragraph 59 are directed against another entity, to which no response is required. To the extent that a response is required, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 59 and on that basis denies those allegations.

60.     The allegations of Paragraph 60 are directed against another entity, to which no response is required. To the extent that a response is required, PayPal is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 60 and on that basis denies those allegations.

61.     To the extent that the allegations in Paragraph 61 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

62. To the extent that the allegations in Paragraph 62 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

63. To the extent that the allegations in Paragraph 63 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

64. To the extent that the allegations in Paragraph 64 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

65. To the extent that the allegations in Paragraph 65 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

66. To the extent that the allegations in Paragraph 66 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

67. To the extent that the allegations in Paragraph 67 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

68. To the extent that the allegations in Paragraph 68 are directed against PayPal, the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

69.     To the extent that the allegations in Paragraph 69 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

70.     To the extent that the allegations in Paragraph 70 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

71.     To the extent that the allegations in Paragraph 71 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

72.     To the extent that the allegations in Paragraph 72 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

73.     To the extent that the allegations in Paragraph 73 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

74.     To the extent that the allegations in Paragraph 74 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

75.     To the extent that the allegations in Paragraph 75 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

76.     To the extent that the allegations in Paragraph 76 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

77.     To the extent that the allegations in Paragraph 77 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

78.     To the extent that the allegations in Paragraph 78 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

79.     To the extent that the allegations in Paragraph 79 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

80.     To the extent that the allegations in Paragraph 80 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

81.     To the extent that the allegations in Paragraph 81 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

allegations and, therefore, denies the allegations.

82.     To the extent that the allegations in Paragraph 82 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

83.     To the extent that the allegations in Paragraph 83 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

84.     To the extent that the allegations in Paragraph 84 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

85.     To the extent that the allegations in Paragraph 85 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

86.     To the extent that the allegations in Paragraph 86 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

87.     To the extent that the allegations in Paragraph 87 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

88.     To the extent that the allegations in Paragraph 88 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

89.    To the extent that the allegations in Paragraph 89 are directed against PayPal, the allegations are denied. To the e To the extent that the allegations in Paragraph 84 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

90.    To the extent that the allegations in Paragraph 90 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

91.    To the extent that the allegations in Paragraph 91 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

92.    To the extent that the allegations in Paragraph 92 are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

93.    To the extent that the allegations in Paragraph 93 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

94.    To the extent that the allegations in Paragraph 94 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

95.    To the extent that the allegations in Paragraph 95 are directed against PayPal, the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

96.     To the extent that the allegations in Paragraph 96 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

97.     To the extent that the allegations in Paragraph 97 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

98.     To the extent that the allegations in Paragraph 98 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

99.     To the extent that the allegations in Paragraph 99 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

100.     Answering Paragraph 100, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

101.     To the extent that the allegations in Paragraph 101 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

102.     To the extent that the allegations in Paragraph 102 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

103.   To the extent that the allegations in Paragraph 103 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

104.   To the extent that the allegations in Paragraph 104 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

105.   To the extent that the allegations in Paragraph 105 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

106.   To the extent that the allegations in Paragraph 106 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

107.   To the extent that the allegations in Paragraph 107 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

108.   To the extent that the allegations in Paragraph 108 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

109.   To the extent that the allegations in Paragraph 109 are directed against PayPal, the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

1    allegations are denied. To the extent that the allegations are directed against another defendant,

2    PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

3    allegations and, therefore, denies the allegations.

4         110.   To the extent that the allegations in Paragraph 110 are directed against PayPal, the

5    allegations are denied. To the extent that the allegations are directed against another defendant,

6    PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

7    allegations and, therefore, denies the allegations.

8         111.   To the extent that the allegations in Paragraph 111 are directed against PayPal, the

9    allegations are denied. To the extent that the allegations are directed against another defendant,

10   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

11   allegations and, therefore, denies the allegations.

12        112.   To the extent that the allegations in Paragraph 112 are directed against PayPal, the

13   allegations are denied. To the extent that the allegations are directed against another defendant,

14   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

15   allegations and, therefore, denies the allegations.

16        113.   To the extent that the allegations in Paragraph 113 are directed against PayPal, the

17   allegations are denied. To the extent that the allegations are directed against another defendant,

18   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

19   allegations and, therefore, denies the allegations.

20        114.   To the extent that the allegations in Paragraph 114 are directed against PayPal, the

21   allegations are denied. To the extent that the allegations are directed against another defendant,

22   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

23   allegations and, therefore, denies the allegations.

24        115.   To the extent that the allegations in Paragraph 115 are directed against PayPal, the

25   allegations are denied. To the extent that the allegations are directed against another defendant,

26   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

27   allegations and, therefore, denies the allegations.

28

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

116.    To the extent that the allegations in Paragraph 116 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

117.    To the extent that the allegations in Paragraph 117 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

118.    To the extent that the allegations in Paragraph 118 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

119.    To the extent that the allegations in Paragraph 119 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

120.    To the extent that the allegations in Paragraph 120 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

121.    To the extent that the allegations in Paragraph 121 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

122.    To the extent that the allegations in Paragraph 122 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

allegations and, therefore, denies the allegations.

123.    To the extent that the allegations in Paragraph 123 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

124.    To the extent that the allegations in Paragraph 124 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

125.    To the extent that the allegations in Paragraph 125 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

126.    To the extent that the allegations in Paragraph 126 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

127.    To the extent that the allegations in Paragraph 127 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

128.    To the extent that the allegations in Paragraph 128 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

129.    To the extent that the allegations in Paragraph 129 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

130.    To the extent that the allegations in Paragraph 130 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

131.    To the extent that the allegations in Paragraph 131 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

132.    To the extent that the allegations in Paragraph 132 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

133.    To the extent that the allegations in Paragraph 133 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

134.    To the extent that the allegations in Paragraph 134 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

135.    To the extent that the allegations in Paragraph 135 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

136.    To the extent that the allegations in Paragraph 136 are directed against PayPal, the

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

137.    To the extent that the allegations in Paragraph 137 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

138.    To the extent that the allegations in Paragraph 138 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

139.    To the extent that the allegations in Paragraph 139 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

140.    To the extent that the allegations in Paragraph 140 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

141.    To the extent that the allegations in Paragraph 141 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

142.    To the extent that the allegations in Paragraph 142 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

143.    To the extent that the allegations in Paragraph 143 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

144.    To the extent that the allegations in Paragraph 144 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

145.    To the extent that the allegations in Paragraph 145 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

146.    To the extent that the allegations in Paragraph 146 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

147.    To the extent that the allegations in Paragraph 147 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

148.    To the extent that the allegations in Paragraph 148 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

149.    To the extent that the allegations in Paragraph 149 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

allegations and, therefore, denies the allegations.

150.    To the extent that the allegations in Paragraph 150 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

151.    To the extent that the allegations in Paragraph 151 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

152.    To the extent that the allegations in Paragraph 152 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

153.    To the extent that the allegations in Paragraph 153 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

154.    To the extent that the allegations in Paragraph 154 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

155.    To the extent that the allegations in Paragraph 155 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

156.    To the extent that the allegations in Paragraph 156 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

1   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

2   allegations and, therefore, denies the allegations.

3       157.    To the extent that the allegations in Paragraph 157 are directed against PayPal, the

4   allegations are denied. To the extent that the allegations are directed against another defendant,

5   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

6   allegations and, therefore, denies the allegations.

7       158.    To the extent that the allegations in Paragraph 158 are directed against PayPal, the

8   allegations are denied. To the extent that the allegations are directed against another defendant,

9   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

10   allegations and, therefore, denies the allegations.

11       159.    To the extent that the allegations in Paragraph 159 are directed against PayPal, the

12   allegations are denied. To the extent that the allegations are directed against another defendant,

13   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

14   allegations and, therefore, denies the allegations.

15       160.    To the extent that the allegations in Paragraph 160 are directed against PayPal, the

16   allegations are denied. To the extent that the allegations are directed against another defendant,

17   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

18   allegations and, therefore, denies the allegations.

19       161.    To the extent that the allegations in Paragraph 161 are directed against PayPal, the

20   allegations are denied. To the extent that the allegations are directed against another defendant,

21   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

22   allegations and, therefore, denies the allegations.

23       162.    To the extent that the allegations in Paragraph 162 are directed against PayPal, the

24   allegations are denied. To the extent that the allegations are directed against another defendant,

25   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

26   allegations and, therefore, denies the allegations.

27       163.    To the extent that the allegations in Paragraph 163 are directed against PayPal, the

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   allegations are denied. To the extent that the allegations are directed against another defendant,

2   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

3   allegations and, therefore, denies the allegations.

4        164.    To the extent that the allegations in Paragraph 164 are directed against PayPal, the

5   allegations are denied. To the extent that the allegations are directed against another defendant,

6   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

7   allegations and, therefore, denies the allegations.

8        165.    To the extent that the allegations in Paragraph 165 are directed against PayPal, the

9   allegations are denied. To the extent that the allegations are directed against another defendant,

10   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

11   allegations and, therefore, denies the allegations.

12        166.    To the extent that the allegations in Paragraph 166 are directed against PayPal, the

13   allegations are denied. To the extent that the allegations are directed against another defendant,

14   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

15   allegations and, therefore, denies the allegations.

16        167.    To the extent that the allegations in Paragraph 167 are directed against PayPal, the

17   allegations are denied. To the extent that the allegations are directed against another defendant,

18   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

19   allegations and, therefore, denies the allegations.

20        168.    To the extent that the allegations in Paragraph 168 are directed against PayPal, the

21   allegations are denied. To the extent that the allegations are directed against another defendant,

22   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

23   allegations and, therefore, denies the allegations.

24        169.    To the extent that the allegations in Paragraph 169 are directed against PayPal, the

25   allegations are denied. To the extent that the allegations are directed against another defendant,

26   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

27   allegations and, therefore, denies the allegations.

28

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

1    170.    To the extent that the allegations in Paragraph 170 are directed against PayPal, the

2    allegations are denied. To the extent that the allegations are directed against another defendant,

3    PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

4    allegations and, therefore, denies the allegations.

5    171.    To the extent that the allegations in Paragraph 171 are directed against PayPal, the

6    allegations are denied. To the extent that the allegations are directed against another defendant,

7    PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

8    allegations and, therefore, denies the allegations.

9    172.    To the extent that the allegations in Paragraph 172 are directed against PayPal, the

10   allegations are denied. To the extent that the allegations are directed against another defendant,

11   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

12   allegations and, therefore, denies the allegations.

13   173.    To the extent that the allegations in Paragraph 173 are directed against PayPal, the

14   allegations are denied. To the extent that the allegations are directed against another defendant,

15   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

16   allegations and, therefore, denies the allegations.

17   174.    To the extent that the allegations in Paragraph 174 are directed against PayPal, the

18   allegations are denied. To the extent that the allegations are directed against another defendant,

19   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

20   allegations and, therefore, denies the allegations.

21   175.    To the extent that the allegations in Paragraph 175 are directed against PayPal, the

22   allegations are denied. To the extent that the allegations are directed against another defendant,

23   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

24   allegations and, therefore, denies the allegations.

25   176.    To the extent that the allegations in Paragraph 176 are directed against PayPal, the

26   allegations are denied. To the extent that the allegations are directed against another defendant,

27   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

1    allegations and, therefore, denies the allegations.

2        177.    To the extent that the allegations in Paragraph 177 are directed against PayPal, the

3    allegations are denied. To the extent that the allegations are directed against another defendant,

4    PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

5    allegations and, therefore, denies the allegations.

6        178.    To the extent that the allegations in Paragraph 178 are directed against PayPal, the

7    allegations are denied. To the extent that the allegations are directed against another defendant,

8    PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

9    allegations and, therefore, denies the allegations.

10       179.    To the extent that the allegations in Paragraph 179 are directed against PayPal, the

11   allegations are denied. To the extent that the allegations are directed against another defendant,

12   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

13   allegations and, therefore, denies the allegations.

14       180.    To the extent that the allegations in Paragraph 180 are directed against PayPal, the

15   allegations are denied. To the extent that the allegations are directed against another defendant,

16   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

17   allegations and, therefore, denies the allegations.

18       181.    To the extent that the allegations in Paragraph 181 are directed against PayPal, the

19   allegations are denied. To the extent that the allegations are directed against another defendant,

20   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

21   allegations and, therefore, denies the allegations.

22       182.    To the extent that the allegations in Paragraph 182 are directed against PayPal, the

23   allegations are denied. To the extent that the allegations are directed against another defendant,

24   PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

25   allegations and, therefore, denies the allegations.

26       183.    To the extent that the allegations in Paragraph 183 are directed against PayPal, the

27   allegations are denied. To the extent that the allegations are directed against another defendant,

28

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

184.    To the extent that the allegations in Paragraph 184 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

185.    To the extent that the allegations in Paragraph 185 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

186.    To the extent that the allegations in Paragraph 186 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

187.    To the extent that the allegations in Paragraph 187 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

188.    To the extent that the allegations in Paragraph 188 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

189.    To the extent that the allegations in Paragraph 189 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

190.    To the extent that the allegations in Paragraph 190 are directed against PayPal, the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

191.    To the extent that the allegations in Paragraph 191 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

192.    To the extent that the allegations in Paragraph 192 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

193.    To the extent that the allegations in Paragraph 193 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

194.    To the extent that the allegations in Paragraph 194 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

195.    To the extent that the allegations in Paragraph 195 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

196.    To the extent that the allegations in Paragraph 196 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

197.    To the extent that the allegations in Paragraph 197 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

198.    To the extent that the allegations in Paragraph 198 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

199.    To the extent that the allegations in Paragraph 199 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

200.    To the extent that the allegations in Paragraph 200 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

201.    To the extent that the allegations in Paragraph 201 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

202.    To the extent that the allegations in Paragraph 202 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

203.    To the extent that the allegations in Paragraph 203 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

allegations and, therefore, denies the allegations.

204.    To the extent that the allegations in Paragraph 204 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

205.    To the extent that the allegations in Paragraph 205 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

206.    To the extent that the allegations in Paragraph 206 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

207.    To the extent that the allegations in Paragraph 207 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

208.    To the extent that the allegations in Paragraph 208 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

209.    To the extent that the allegations in Paragraph 209 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

210.    To the extent that the allegations in Paragraph 210 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

211.   To the extent that the allegations in Paragraph 211 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

212.   To the extent that the allegations in Paragraph 212 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

213.   To the extent that the allegations in Paragraph 213 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

214.   To the extent that the allegations in Paragraph 214 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

215.   To the extent that the allegations in Paragraph 215 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

216.   To the extent that the allegations in Paragraph 216 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

217.   To the extent that the allegations in Paragraph 217 are directed against PayPal, the

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

218. To the extent that the allegations in Paragraph 218 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

219. To the extent that the allegations in Paragraph 219 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

220. To the extent that the allegations in Paragraph 220 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

221. To the extent that the allegations in Paragraph 221 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

222. To the extent that the allegations in Paragraph 222 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

223. To the extent that the allegations in Paragraph 223 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

224.     To the extent that the allegations in Paragraph 224 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

225.     To the extent that the allegations in Paragraph 225 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

226.     To the extent that the allegations in Paragraph 226 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

227.     To the extent that the allegations in Paragraph 227 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

228.     To the extent that the allegations in Paragraph 228 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

229.     To the extent that the allegations in Paragraph 229 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

230.     To the extent that the allegations in Paragraph 230 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

allegations and, therefore, denies the allegations.

231.   To the extent that the allegations in Paragraph 231 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

232.   To the extent that the allegations in Paragraph 232 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

233.   To the extent that the allegations in Paragraph 233 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

234.   To the extent that the allegations in Paragraph 234 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

235.   To the extent that the allegations in Paragraph 235 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

236.   To the extent that the allegations in Paragraph 236 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

237.   To the extent that the allegations in Paragraph 237 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

238.   To the extent that the allegations in Paragraph 238 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

239.   To the extent that the allegations in Paragraph 239 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

240.   Answering Paragraph 240 of the Complaint, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

241.   To the extent that the allegations in Paragraph 241 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

242.   To the extent that the allegations in Paragraph 242 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

243.   The allegations in Paragraph 243 of the Complaint constitute legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied.

244.   To the extent that the allegations in Paragraph 244 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

245.    To the extent that the allegations in Paragraph 245 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

246.    To the extent that the allegations in Paragraph 246 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

247.    To the extent that the allegations in Paragraph 247 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

248.    To the extent that the allegations in Paragraph 248 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

249.    To the extent that the allegations in Paragraph 249 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

250.    Answering Paragraph 250 of the Complaint, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the Plaintiff's alleged beliefs and, therefore, denies the allegations. PayPal denies that it violated the TCPA and denies all remaining allegations of Paragraph 250.

251.    To the extent that the allegations in Paragraph 251 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

allegations and, therefore, denies the allegations.

252.   To the extent that the allegations in Paragraph 252 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

253.   To the extent that the allegations in Paragraph 253 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

254.   To the extent that the allegations in Paragraph 254 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

255.   To the extent that the allegations in Paragraph 255 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

256.   To the extent that the allegations in Paragraph 256 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

257.   To the extent that the allegations in Paragraph 257 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

258.   To the extent that the allegations in Paragraph 258 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

259.    Answering Paragraph 259 of the Complaint, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. PayPal denies that it violated the TCPA and denies all remaining allegations of Paragraph 259.

260.    Answering Paragraph 260 of the Complaint, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. PayPal denies that it violated the TCPA and denies all remaining allegations of Paragraph 260.

### As to PayPal is Vicariously Liable for Synchrony's TCPA Violations

261.    Answering Paragraph 261 of the Complaint, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. PayPal denies that it violated the TCPA and denies all remaining allegations of Paragraph 261.

262.    The allegations in Paragraph 262 of the Complaint constitute legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied.

263.    Answering Paragraph 263 of the Complaint, the allegations are denied.

264.    Answering Paragraph 264 of the Complaint, the allegations are denied.

265.    Answering Paragraph 265 of the Complaint, the allegations are denied.

266.    Answering Paragraph 266 of the Complaint, the allegations are denied.

267.    Answering Paragraph 267 of the Complaint, the allegations are denied.

268.    Answering Paragraph 268 of the Complaint, the allegations are denied.

269.    Answering Paragraph 269 of the Complaint, the allegations are denied.

270.    Answering Paragraph 270 of the Complaint, the allegations are denied.

271.    Answering Paragraph 271 of the Complaint, the allegations are denied.

272.    Answering Paragraph 272 of the Complaint, the allegations are denied.

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

273.    Answering Paragraph 273 of the Complaint, the allegations are denied.

274.    Answering Paragraph 274 of the Complaint, the allegations are denied.

275.    Answering Paragraph 275 of the Complaint, the allegations are too vague and ambiguous to require a response as the terms "sophisticated corporation," "knowledgeable about the TCPA," and "subject to TCPA class action litigation" are not explained, assert conclusions of law, and purport to call for the mental impressions of PayPal's counsel. To the extent that a response is required, PayPal denies the allegations. PayPal denies any remaining allegations not specifically admitted herein.

276.    Answering Paragraph 276 of the Complaint, the allegations are too vague and ambiguous to require a response as the terms "sophisticated corporation" and "knowledgeable about the TCPA" are not explained, assert conclusions of law, and purport to call for the mental impressions of PayPal's counsel. To the extent that a response is required, PayPal denies the allegations. PayPal denies any remaining allegations not specifically admitted herein.

277.    Answering Paragraph 277 of the Complaint, the allegations are denied.

278.    Answering Paragraph 278 of the Complaint, the allegations are denied.

279.    Answering Paragraph 279 of the Complaint, the allegations are denied.

## As to Count I

## ATDS Based Calls Without Consent

280.    PayPal incorporates its responses to the preceding Paragraphs 1 through 279 as if fully stated herein.

281.    To the extent that the allegations in Paragraph 281 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

282.    To the extent that the allegations in Paragraph 282 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1 │ allegations and, therefore, denies the allegations.

2 │        283.    To the extent that the allegations in Paragraph 283 are directed against PayPal, the

3 │ allegations are denied. To the extent that the allegations are directed against another defendant,

4 │ PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

5 │ allegations and, therefore, denies the allegations.

6 │        284.    To the extent that the allegations in Paragraph 284 are directed against PayPal, the

7 │ allegations are denied. To the extent that the allegations are directed against another defendant,

8 │ PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

9 │ allegations and, therefore, denies the allegations.

10 │        285.    To the extent that the allegations in Paragraph 285 are directed against PayPal, the

11 │ allegations are denied. To the extent that the allegations are directed against another defendant,

12 │ PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

13 │ allegations and, therefore, denies the allegations.

14 │        286.    To the extent that the allegations in Paragraph 286 are directed against PayPal, the

15 │ allegations are denied. To the extent that the allegations are directed against another defendant,

16 │ PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

17 │ allegations and, therefore, denies the allegations.

18 │        287.    To the extent that the allegations in Paragraph 287 are directed against PayPal, the

19 │ allegations are denied. To the extent that the allegations are directed against another defendant,

20 │ PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

21 │ allegations and, therefore, denies the allegations.

22 │        288.    To the extent that the allegations in Paragraph 288 are directed against PayPal, the

23 │ allegations are denied. To the extent that the allegations are directed against another defendant,

24 │ PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

25 │ allegations and, therefore, denies the allegations.

26 │        289.    To the extent that the allegations in Paragraph 289 are directed against PayPal, the

27 │ allegations are denied. To the extent that the allegations are directed against another defendant,

28

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

290.    To the extent that the allegations in Paragraph 290 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

291.    To the extent that the allegations in Paragraph 291 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

292.    To the extent that the allegations in Paragraph 292 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

In response to Plaintiff's unnumbered prayer for relief following Paragraph 292, PayPal denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations and claims set forth in the Complaint.

**As to Count II**

**ATDS Based Calls - Willful Violations**

293.    PayPal incorporates its responses to the preceding Paragraphs 1 through 292 as if fully stated herein.

294.    To the extent that the allegations in Paragraph 294 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

295.    To the extent that the allegations in Paragraph 295 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

296.    To the extent that the allegations in Paragraph 290 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

In response to Plaintiff's unnumbered prayer for relief following Paragraph 297, PayPal denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations and claims set forth in the Complaint.

### As to Count III

### Pre-Recorded Message Calls Without Consent

297.    PayPal incorporates its responses to the preceding Paragraphs 1 through 296 as if fully stated herein.

298.    To the extent that the allegations in Paragraph 298 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

299.    The allegations in Paragraph 299 of the Complaint constitute legal conclusions to which no response is required.  To the extent a response is required, PayPal denies that it violated the TCPA and denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations and claims set forth in the Complaint.

In response to Plaintiff's unnumbered prayer for relief following Paragraph 299, PayPal denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations and claims set forth in the Complaint.

### As to Count IV

### Pre-Recorded Message Calls Willful Violations

300.    PayPal incorporates its responses to the preceding Paragraphs 1 through 299 as if

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

1  fully stated herein.

2    301.    To the extent that the allegations in Paragraph 301 are directed against PayPal, the

3  allegations are denied. To the extent that the allegations are directed against another defendant,

4  PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

5  allegations and, therefore, denies the allegations.

6    302.    The allegations in Paragraph 302 of the Complaint constitute legal conclusions to

7  which no response is required.  To the extent a response is required, PayPal denies that it violated the

8  TCPA and denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the

9  allegations and claims set forth in the Complaint.

10    303.    The allegations in Paragraph 303 of the Complaint constitute legal conclusions to

11  which no response is required.  To the extent a response is required, PayPal denies that it violated the

12  TCPA and denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the

13  allegations and claims set forth in the Complaint.

14              **As to Class Action Claims**

15    304.    PayPal incorporates its responses to the preceding Paragraphs 1 through 303 as if

16  fully stated herein.

17    305.    The allegations in Paragraph 305 of the Complaint constitute legal conclusions to

18  which no response is required.  To the extent a response is required, the allegations are denied.

19    306.    The allegations in Paragraph 306 of the Complaint constitute legal conclusions to

20  which no response is required.  To the extent a response is required, the allegations are denied.

21    307.    The allegations in Paragraph 307 of the Complaint constitute legal conclusions to

22  which no response is required.  To the extent a response is required, the allegations are denied.

23    308.    The allegations in Paragraph 308 set forth legal conclusions to which no response is

24  required.  To the extent a response is required, the allegations are denied. In further response, PayPal

25  denies that the purported class can be certified, and denies that Plaintiff is a member of the purported

26  class or could represent the purported class.

27    309.    The allegations in Paragraph 309 set forth legal conclusions to which no response is

28

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

310.    The allegations in Paragraph 310 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

311.    The allegations in Paragraph 311 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

312.    The allegations in Paragraph 312 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

313.    The allegations in Paragraph 313, and all subparts, set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

314.    The allegations in Paragraph 314 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

315.    The allegations in Paragraph 315 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

316.    The allegations in Paragraph 316 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

317.    The allegations in Paragraph 317 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

318.    The allegations in Paragraph 318 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

319.    The allegations in Paragraph 319 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

320.    PayPal denies the allegations of Paragraph 320 that Plaintiff will fairly and adequately protect the interests of the putative class. PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations and, therefore, denies the allegations.

321.    Answering Paragraph 321 of the Complaint, the allegations are denied. In further response, upon information and belief, Plaintiff entered into a contract governing the terms of the credit account at issue in this litigation which contained an unambiguous waiver of any class action claim. PayPal denies any remaining allegations not specifically admitted herein.

322.    Answering Paragraph 322 of the Complaint, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations and, therefore, denies the allegations.

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

323.    Answering Paragraph 323 of the Complaint, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations and, therefore, denies the allegations.

324.    The allegations in Paragraph 324 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

**As to Count VI**

**California Based Class Action -ATDS Calls Without Consent**

325.    PayPal incorporates its responses to the preceding Paragraphs 1 through 324 as if fully stated herein.

326.    To the extent that the allegations in Paragraph 326 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

327.    To the extent that the allegations in Paragraph 327 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations.

328.    The allegations in Paragraph 328 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

329.    The allegations in Paragraph 329 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

330.    The allegations in Paragraph 330 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations refer to the TCPA and related writings, which speaks for themselves. PayPal denies any characterizations or allegations inconsistent with that writing, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the writings referenced in Paragraph 330, the allegations are denied.

331.    The allegations in Paragraph 331 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

In response to Plaintiff's unnumbered prayer for relief following Paragraph 331, PayPal denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations and claims set forth in the Complaint.

**As to Count VII**

**Nationwide Based Class Action - ATDS Calls Without Consent**

332.    PayPal incorporates its responses to the preceding Paragraphs 1 through 331 as if fully stated herein.

333.    To the extent that the allegations in Paragraph 333 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

334.    To the extent that the allegations in Paragraph 334 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could

- 47 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

represent the purported class.

335.    The allegations in Paragraph 335 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

336.    The allegations in Paragraph 336 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

337.    The allegations in Paragraph 337 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations refer to the TCPA and related writings, which speaks for themselves. PayPal denies any characterizations or allegations inconsistent with that writing, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the writings referenced in Paragraph 337, the allegations are denied.

338.    The allegations in Paragraph 338 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

In response to Plaintiff's unnumbered prayer for relief following Paragraph 338, PayPal denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations and claims set forth in the Complaint.

**As to Count VIII**

**California Class Action - ATDS Calls Willful Violations**

339.    PayPal incorporates its responses to the preceding Paragraphs 1 through 338 as if fully stated herein.

340.    To the extent that the allegations in Paragraph 340 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

341.    The allegations in Paragraph 341 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

342.    The allegations in Paragraph 342 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

343.    To the extent that the allegations in Paragraph 343 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

In response to Plaintiff's unnumbered prayer for relief following Paragraph 343, PayPal denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations and claims set forth in the Complaint.

**As to Count IX**

**Nationwide ATOS Class Action - Willful Violations**

344.    PayPal incorporates its responses to the preceding Paragraphs 1 through 343 as if fully stated herein.

345.    To the extent that the allegations in Paragraph 345 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant,

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

346.     To the extent that the allegations in Paragraph 346 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

347.     Paragraph 347 is blank.

348.     The allegations in Paragraph 348 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

349.     The allegations in Paragraph 349 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

350.     To the extent that the allegations in Paragraph 350 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    In response to Plaintiff's unnumbered prayer for relief following Paragraph 350, PayPal

2  denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations

3  and claims set forth in the Complaint.

4                                        **As to Count X**

5                  **California Class Action – Pre-recorded Message Calls**

6    351.    PayPal incorporates its responses to the preceding Paragraphs 1 through 350 as if

7  fully stated herein.

8    352.    To the extent that the allegations in Paragraph 352 are directed against PayPal, the

9  allegations are denied. To the extent that the allegations are directed against another defendant,

10  PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

11  allegations and, therefore, denies the allegations. In further response, PayPal denies that the

12  purported class can be certified, and denies that Plaintiff is a member of the purported class or could

13  represent the purported class.

14    353.    To the extent that the allegations in Paragraph 353 are directed against PayPal, the

15  allegations are denied. To the extent that the allegations are directed against another defendant,

16  PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

17  allegations and, therefore, denies the allegations. In further response, PayPal denies that the

18  purported class can be certified, and denies that Plaintiff is a member of the purported class or could

19  represent the purported class.

20    354.    Paragraph 354 is blank.

21    355.    The allegations in Paragraph 355 set forth legal conclusions to which no response is

22  required.  To the extent a response is required, the allegations are denied. In further response, PayPal

23  denies that the purported class can be certified, and denies that Plaintiff is a member of the purported

24  class or could represent the purported class.

25    356.    The allegations in Paragraph 356 set forth legal conclusions to which no response is

26  required.  To the extent a response is required, the allegations are denied. In further response, PayPal

27  denies that the purported class can be certified, and denies that Plaintiff is a member of the purported

28

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  class or could represent the purported class.

2  357.   To the extent that the allegations in Paragraph 357 are directed against PayPal, the

3  allegations are denied. To the extent that the allegations are directed against another defendant,

4  PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

5  allegations and, therefore, denies the allegations. In further response, PayPal denies that the

6  purported class can be certified, and denies that Plaintiff is a member of the purported class or could

7  represent the purported class.

8  In response to Plaintiff's unnumbered prayer for relief following Paragraph 357, PayPal

9  denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations

10  and claims set forth in the Complaint.

11  **As to Count XI**

12  **Nationwide Class Action – Prerecorded Message Calls**

13  358.   PayPal incorporates its responses to the preceding Paragraphs 1 through 357 as if

14  fully stated herein.

15  359.   To the extent that the allegations in Paragraph 359 are directed against PayPal, the

16  allegations are denied. To the extent that the allegations are directed against another defendant,

17  PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

18  allegations and, therefore, denies the allegations. In further response, PayPal denies that the

19  purported class can be certified, and denies that Plaintiff is a member of the purported class or could

20  represent the purported class.

21  360.   To the extent that the allegations in Paragraph 360 are directed against PayPal, the

22  allegations are denied. To the extent that the allegations are directed against another defendant,

23  PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

24  allegations and, therefore, denies the allegations. In further response, PayPal denies that the

25  purported class can be certified, and denies that Plaintiff is a member of the purported class or could

26  represent the purported class.

27  361.   The allegations in Paragraph 361 set forth legal conclusions to which no response is

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

1 required.  To the extent a response is required, the allegations are denied. In further response, PayPal

2 denies that the purported class can be certified, and denies that Plaintiff is a member of the purported

3 class or could represent the purported class.

4        362.    The allegations in Paragraph 362 set forth legal conclusions to which no response is

5 required.  To the extent a response is required, the allegations are denied. In further response, PayPal

6 denies that the purported class can be certified, and denies that Plaintiff is a member of the purported

7 class or could represent the purported class.

8        363.    To the extent that the allegations in Paragraph 363 are directed against PayPal, the

9 allegations are denied. To the extent that the allegations are directed against another defendant,

10 PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

11 allegations and, therefore, denies the allegations. In further response, PayPal denies that the

12 purported class can be certified, and denies that Plaintiff is a member of the purported class or could

13 represent the purported class.

14        In response to Plaintiff's unnumbered prayer for relief following Paragraph 363, PayPal

15 denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations

16 and claims set forth in the Complaint.

17                          **As to Count XII**

18        **California Class Action – Pre-recorded Message Calls Willful Violations**

19        364.    PayPal incorporates its responses to the preceding Paragraphs 1 through 363 as if

20 fully stated herein.

21        365.    To the extent that the allegations in Paragraph 365 are directed against PayPal, the

22 allegations are denied. To the extent that the allegations are directed against another defendant,

23 PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the

24 allegations and, therefore, denies the allegations. In further response, PayPal denies that the

25 purported class can be certified, and denies that Plaintiff is a member of the purported class or could

26 represent the purported class.

27        366.    The allegations in Paragraph 366 set forth legal conclusions to which no response is

28

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

367.    The allegations in Paragraph 367 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

368.    To the extent that the allegations in Paragraph 368 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

In response to Plaintiff's unnumbered prayer for relief following Paragraph 368, PayPal denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations and claims set forth in the Complaint.

### As to Count XIII

### Nationwide Class Action – Pre-Recorded Message Calls Willful Violations

369.    PayPal incorporates its responses to the preceding Paragraphs 1 through 368 as if fully stated herein.

370.    To the extent that the allegations in Paragraph 370 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

371.    To the extent that the allegations in Paragraph 371 are directed against PayPal, the

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class

372.    The allegations in Paragraph 372 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

373.    The allegations in Paragraph 373 set forth legal conclusions to which no response is required.  To the extent a response is required, the allegations are denied. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

374.    To the extent that the allegations in Paragraph 374 are directed against PayPal, the allegations are denied. To the extent that the allegations are directed against another defendant, PayPal is without sufficient knowledge and/or information to form a belief as to the truth of the allegations and, therefore, denies the allegations. In further response, PayPal denies that the purported class can be certified, and denies that Plaintiff is a member of the purported class or could represent the purported class.

In response to Plaintiff's unnumbered prayer for relief following Paragraph 374, PayPal denies that Plaintiff or the putative class is entitled to any relief from PayPal based on the allegations and claims set forth in the Complaint.

### As To Jury Demand

PayPal denies that a jury trial is necessary for this matter.

### PAYPAL'S DEFENSES

PayPal hereby sets forth the following separate and distinct defenses and affirmative defenses without conceding that PayPal bears the burden of proof or persuasion.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

**FIRST DEFENSE**

2

(Statute of Limitations)

3        Plaintiff's claims and the claims of others alleged to be members of the purported class are

4  barred in whole or in part by applicable statutes of limitations, including but not limited to 28 U.S.C.

5  § 1658 and other relevant state statutes.

6

**SECOND DEFENSE**

7

(Failure to State a Claim)

8        The Complaint fails to state a claim upon which relief can be granted.

9

**THIRD DEFENSE**

10

(Equitable Defenses)

11       Plaintiff, and others alleged to be members of the purported class, are barred from obtaining

12  the relief sought in the Complaint by the doctrines of estoppel (including judicial estoppel), waiver,

13  unclean hands, and/or other equitable doctrines.

14

**FOURTH DEFENSE**

15

(Standing)

16       Plaintiff's claims and the claims of others alleged to be members of the putative class may be

17  barred in whole or in part because they have not suffered any actual, concrete injury and therefore

18  have no standing to bring a statutory claim.  See *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (May 16,

19  2016).

20

**FIFTH DEFENSE**

21

(Class Treatment Inappropriate)

22       To the extent Plaintiff seeks to bring this Complaint on behalf of a class, this action cannot be

23  maintained as a class action because, inter alia, Plaintiff does not and cannot satisfy the requirements

24  of Rule 23 of the Federal Rules of Civil Procedure and/or other requirements for class certification.

25

**SIXTH DEFENSE**

26

(Compliance with the Law)

27

28

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Plaintiff's claims and the claims of others alleged to be members of the purported class may

2   be barred because the acts or omissions of which Plaintiff complains have been approved and/or

3   mandated, implicitly or expressly, by applicable statutes and regulations, including the TCPA.

4   SEVENTH DEFENSE

5   (Good Faith/Conformance with Applicable Standards)

6   Plaintiff's claims and alleged damages, and the claims and alleged damages of others alleged

7   to be members of the purported class, may be barred because PayPal at all times complied in good

8   faith with all applicable statutes and regulations, and Plaintiff and the members of the purported

9   class are not entitled to treble damages.

10   EIGHTH DEFENSE
    (Lack of Personal Jurisdiction)

11

12   The claims asserted by Plaintiff and/or the putative class are not appropriate in this court, as

    there would be no general or specific personal jurisdiction over PayPal for such claims.

13   NINTH DEFENSE

14

15   (Consent/Acquiescence/Ratification/Contribution)

16   Plaintiff acquiesced in, consent to ratified and/or contributed to the acts or omissions alleged

    in the Complaint.

17   TENTH DEFENSE

18

19   (Fault of Plaintiff/Failure to Mitigate Damages)

20   If Plaintiff suffered or sustained any loss, injury, damage or detriment, the same was directly

21   and proximately caused and contributed to by the breach, conduct, acts, omissions, activities,

22   carelessness, recklessness, negligence, lack of mitigation, failure to mitigate and/or intentional

    misconduct of Plaintiff, and not by PayPal.

23

24

25   ELEVENTH DEFENSE

26   (Arbitration)

27

28

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

1    Upon information and belief, Plaintiff may be contractually obligated to arbitrate any dispute,

2  claim, or controversy which arises out of the subject matter set forth in the instant litigation.

3                                    TWELFTH DEFENSE

4                                  (Class Action Waiver)

5    Upon information and belief, Plaintiff may have waived the right to bring this class action

6  pursuant to the terms of a clear and unambiguous class action waiver.

7                                   THIRTEENTH DEFENSE

8                                   (Other Defenses)

9    PayPal specifically gives notice that it intends to rely upon such other defenses as may

10 become available by law, or pursuant to statute, or during any further discovery proceedings of this

11 case, and hereby reserves the right to amend its Answer to assert such defenses.

12   WHEREFORE, PayPal prays for judgment as follows:

13   1.    That Plaintiff and the members of the putative class take nothing by reason of the

14 Complaint;

15   2.    For its costs of suit herein; and

16   3.    For such other and further relief as this Court may deem just and proper.

17

18 DATED:  October 22, 2019                REED SMITH LLP

19

20                                 By  */s/ Raffi Kassabian*
                                      Raffi Kassabian
21                                    Attorneys for Defendants
                                      Synchrony Bank and
22                                    PayPal, Inc.

23

24

25

26

27

28

DEFENDANT PAYPAL ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S FAC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware