**SULAIMAN LAW GROUP, LTD.**
James C. Vlahakis (Illinois State Bar No. 6230459)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff*
*PRO HAC VICE*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CASTILLO JR., individually and on behalf of a nationwide class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK, and PAYPAL, INC.,<br><br>Defendants. | Case No. 3:19-cv-04740-WHO<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that GILBERT CASTILLO JR. (the "Plaintiff") and SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK and PAYPAL, INC. (the "Defendants"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

Dated: December 18, 2019           Respectfully submitted,

By: /s/ James C. Vlahakis
James C. Vlahakis, *Admitted Pro Hac Vice*
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (630) 568-3056
jvlahakis@sulaimanlaw.com